CHARLOTTE SCHONEBERGER, Individually and as Executrix of ADOLPH SCHONEBERGER, Deceased, Respondent, *v.* JAMES FEY, Appellant.

*Schoneberger* v. *Fey*, 168 App. Div. 930, affirmed.
(Argued December 10, 1917; decided January 8, 1918.)

APP AL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 12, 1915, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was brought to recover rent under a written lease. The defendant's answer set up as a defense that prior to and at the time of the execution of the lease the plaintiff had made representations to the defendant as to certain work in the nature of repairs and alterations

to the premises having been undertaken and contracted for, and which representations defendant alleges were false and untrue and were made for the purpose of and succeeded in inducing the defendant to enter into a written lease. The defendant's amended answer also set up a surrender and acceptance of the lease by the defendant, and also alleged facts constituting the defense of eviction.

*Sidney Nordlinger* and *Robert H. Charlton* for appellant.

*E. Judge Skelly, Joseph Hartstein* and *Eldred E. Jacobsen* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO and ANDREWS, JJ. Not voting: CRANE, J.